

# ARKANSAS COURT OF APPEALS

DIVISION IV
No. CR–16–485

| | | |
|---|---|---|
| N.L. | | **Opinion Delivered** February 15, 2017 |
| | APPELLANT | |
| | | APPEAL FROM THE CRAWFORD COUNTY CIRCUIT COURT [NO. 17JV-15-295] |
| V. | | |
| | | HONORABLE MICHAEL MEDLOCK, JUDGE |
| STATE OF ARKANSAS | | |
| | APPELLEE | REBRIEFING ORDERED |

## PHILLIP T. WHITEAKER, Judge

The Crawford County Circuit Court adjudicated appellant N.L. delinquent on charges of possession of a controlled substance, aggravated assault on a family or household member, and second-degree domestic battery. N.L. filed a timely notice of appeal and now challenges the sufficiency of the evidence supporting his adjudication with respect to the aggravated-assault and domestic-battery charges.

We are unable to reach the merits of N.L.'s arguments at this time, however, and we must order rebriefing. Counsel has inadvertently provided this court with an addendum that contains the pleadings, exhibits, and orders from the case of *A.W. v. State*, 2017 Ark. App. 34, which was briefed by the same attorney and submitted to this court on January 11, 2017. We therefore direct counsel to file a substituted addendum that contains the pleadings, exhibits, and orders from the instant case. Counsel has fifteen days from the date of this

SLIP OPINION

opinion in which to do so. *See* Ark. Sup. Ct. R. 4–2(b)(3) (2016); *Stockton v. State*, 2014 Ark. App. 25.

Rebriefing ordered.

VAUGHT and MURPHY, JJ., agree.

*Lisa-Marie Norris*, for appellant.

*Leslie Rutledge*, Att'y Gen., by: *Amanda Jegley*, Ass't Att'y Gen., for appellee.